Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendants
DELTA AIR LINES, INC. and COMAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE EDWARDS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMAIR, INC., a wholly owned subsidiary corporation of DELTA AIRLINES, INC.; THE DELTA CONNECTION; DELTA AIRLINES, INC.; DOES 1 through 25, inclusive.<br><br>    Defendants. | No. CV 11-2963 MMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO DELTA AIR LINES, INC. ONLY<br><br>Honorable Maxine M. Chesney<br>United States District Judge |

    WHEREAS the aircraft and flight which plaintiff MELANIE EDWARDS ("Edwards") claims gives rise to her claims for injuries and damages was operated by defendant COMAIR, INC. ("Comair") and not by defendant DELTA AIR LINES, INC. ("Delta"); and

    WHEREAS Comair agrees not to seek to transfer this case to another jurisdiction pursuant to 28 U.S.C. § 1404(a);

    IT IS HEREBY STIPULATED by and between plaintiff Edwards and defendants Comair and Delta, through their respective attorneys of record, that plaintiff's claims, and each of them, against Delta *only*, be, and hereby are, dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs of suit.

///

SO STIPULATED.

Dated:  September 16, 2011                                STERNS & WALKER

/s/ *Gerald C. Sterns*

By:_____
    Gerald C. Sterns
    Attorney for Plaintiff
    Melanie Edwards

Dated:  September 15, 2011                                CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By:_____
    Richard G. Grotch (*)
    Attorney for Defendants
    Comair, Inc. and Delta Air Lines, Inc.

(*)   I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 20, 2011

_____
Honorable Maxine M. Chesney
United States District Judge

---

STIPULATION  AND [~~PROPOSED~~] ORDER