GERALD C. STERNS (State Bar No. 029976)
STERNS & WALKER
825 Washington Street, Suite 305
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile:   (510) 267-0506
Email:  sterns@trial-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIVORNIA

| | |
|---|---|
| MELANIE EDWARDS, | ) Case No. C-11-2963 MMC |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** <br> ) **ORDER TO EXTEND MEDIATION** |
| vs. | ) |
| COMAIR, INC., et al., | ) |
| Defendants. | ) |

COME NOW counsel for the parties hereto and request from the Court an extension of the time previously designated for the conduct of a mediation in this matter. Good Cause appears for this request, as set forth below.

The complaint in this matter was filed on April 11, 2011 in state court. Defendant answered on June 15, 2011 and the matter was removed to Federal court on June 16, 2011. The parties agreed to Court supervised ADR and to Mediation by one of the Court Panel of Mediators, and the Court ordered the matter to Mediation on September 21, 2011.

The parties met and conferred by phone with the appointed Mediator, Eric Danoff on October 14, 2011, and agreed to a mediation date of January 12, 2012.

The parties have been diligently undertaking discovery and preparation for the mediation, but have not been able to complete several key elements thereof yet, and under the present schedule may not be able to do so well enough in advance of the set mediation date. The defendant in this matter, Comair, is based in the Cincinnati, Ohio area; as is the flight and cabin crew aboard on the day of the incident. The aircraft is now operating in regularly scheduled service in the east.  So far, the parties have not been able to coordinate all of these elements in one place so that depositions can be conducted and the aircraft inspected and photographed.  The fast upcoming holiday season, holiday travel and personal plans of the prospective examinees have also been a complicating factor.

Our Mediator and the parties, subject to approval and further order of this Court, has agreed on new date of February 14, 2012, but this is outside the current deadline as earlier set by the Court.  Further adjustment of the date may be necessary due the calendar of the Mediator and counsel for the parties. Therefore, the parties' request that the mediation deadline be set back to February 29, 2012 in order to allow the parties to complete this and hopefully resolve the case without protracted further litigation.

Respectfully submitted:

Dated:  December 20, 2011                             STERNS & WALKER


                                                              /s/  Gerald C. Sterns
                                             BY:     _____
                                                      Gerald C. Sterns
                                                      Attorneys for Plaintiff Melanie Edwards

Dated:  December 20, 2011               CODDINGTON, HICKS & DANFORTH


BY: /s/  Richard G. Grotch
    Richard G. Grotch
    Attorneys for Defendant Comair, Inc.


### [~~PROPOSED~~] ORDER

Upon the foregoing stipulation and Good Cause appearing, IT IS HEREY ORDERED that the Mediation completion date in this matter is hereby extended to February 29, 2012.


DATED:  December 22, 2011

_____
Honorable Maxine M. Chesney
United States Senior District Judge