IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELANIE EDWARDS,

    Plaintiff,

v.

COMAIR, INC.,

    Defendant.

No. C 11-2963 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS**

    Pursuant to Civil Local Rule 72-1, plaintiff Melanie Edwards's Motion to Compel and Request for Sanctions, filed April 23, 2012, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

    **IT IS SO ORDERED**.

Dated: April 25, 2012

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] The June 1, 2012 hearing date before the undersigned is vacated.