1
2
3
4
5
6  UNITED STATES DISTRICT COURT
7  NORTHERN DISTRICT OF CALIFORNIA
8  SAN FRANCISCO DIVISION
9
10 MELANIE EDWARDS,                           Case No. 3:11-cv-02963 MMC (NC)
11           Plaintiff,
                                              **NOTICE OF REFERRAL**
12      v.
13 COMAIR, INC., et al.,
14           Defendants.
15
16      All discovery matters in this case have been referred to this Court by District Judge
17 Chesney. Plaintiff's motion to compel, Dkt. No. 27, will be under submission after briefing on
18 the motion is completed on May 14, 2012.  Please see this Court's Civil Standing Order for
19 more information.
20      IT IS SO ORDERED.
21      DATED: May 9, 2012
22
                                              _____
23                                            NATHANAEL M. COUSINS
                                              United States Magistrate Judge
24
25
26
27
28