# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE EDWARDS,<br><br>            Plaintiff,<br><br>     v.<br><br>COMAIR, INC., et al.,<br><br>            Defendants. | Case No. 3:11-cv-02963 MMC (NC)<br><br>**NOTICE OF REFERRAL** |

All discovery matters in this case have been referred to this Court by District Judge Chesney. Plaintiff's motion to compel, Dkt. No. 27, will be under submission after briefing on the motion is completed on May 14, 2012.  Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: May 9, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:11-cv-02963 MMC (NC)
ORDER SETTING HEARING