1  Richard G. Grotch, Esq. – SBN 127713
   Gina J. Beltramo, Esq. – SBN 203809
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Telephone: (650) 592-5400
   Facsimile:  (650) 592-5027
5  E-mail:  rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendant
   COMAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE EDWARDS,<br><br>           Plaintiff,<br><br>vs.<br><br>COMAIR, INC.,<br><br>           Defendant. | Case No.   CV 11-2963 MMC (BZ)<br><br>STIPULATION AND [PROPOSED] ORDER FOLLOWING SETTLEMENT CONFERENCE AND NOTICE OF SETTLEMENT<br><br>Honorable Maxine M. Chesney |

      WHEREAS the parties to this action participated in a settlement conference on July 11, 2012, conducted by Honorable Bernard Zimmerman; and

      WHEREAS the parties reached a settlement as to all parties and all claims, with the terms of the settlement placed on the record (ECF Dkt. 38); and

      WHEREAS Magistrate Judge Zimmerman set August 10, 2012 as the deadline for the parties to exchange settlement documents and for the settlement funds to be disbursed; and

      WHEREAS this case is scheduled for a jury trial to commence on August 20, 2012, with a pre-trial conference to be conducted on August 7, 2012; and

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

1

STIPULATION AND [PROPOSED] ORDER AFTER SETTLEMENT CONFERENCE
Case No:  CV 11-2963 MMC

WHEREAS one of the inducements for the parties to reach a settlement was to avoid the expense associated with trial, the pre-trial conference and preparation of the documents required for the pre-trial conference;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the Court be asked to issue an order vacating all remaining trial and pre-trial dates pending completion of the settlement and the filing of a stipulation and proposed order of dismissal with prejudice.

SO STIPULATED.

Dated: July 12, 2012                    STERNS & WALKER

                                        /s/ *Gerald C. Sterns*
                                        By: _____
                                            Gerald C. Sterns
                                            Attorney for Plaintiff
                                            Melanie Edwards

Dated: July 12, 2012                    CODDINGTON, HICKS & DANFORTH

                                        /s/ *Richard G. Grotch*
                                        By: _____
                                            Richard G. Grotch (*)
                                            Attorney for Defendant
                                            Comair, Inc.

(*) I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

///

///

///

///

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

STIPULATION AND [PROPOSED] ORDER AFTER SETTLEMENT CONFERENCE
Case No: CV 11-2963 MMC

# [~~PROPOSED~~] ORDER

Upon the stipulation of the parties, IT IS HEREBY ORDERED:

That the August 20, 2012 trial date, the August 7, 2012 pre-trial conference date, and all related dates be VACATED.  Further, the parties are hereby ORDERED to file a joint status report no later than August 24, 2012, unless a dismissal has been filed prior to that date.
SO ORDERED.

Date: July 13, 2012

_____
Honorable Maxine M. Chesney
Senior United States District Judge

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

3

STIPULATION AND [PROPOSED] ORDER AFTER SETTLEMENT CONFERENCE
Case No:  CV 11-2963 MMC