Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
COMAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE EDWARDS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMAIR, INC.,<br><br>　　　　　Defendant. | Case No.　CV 11-2963 MMC (BZ)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL WITH PREJUDICE<br><br>Honorable Maxine M. Chesney |

　　　　IT IS HEREBY STIPULATED by and between plaintiff MELANIE EDWARDS and defendant COMAIR, INC., through their respective counsel of record, that all the claims of plaintiff be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

　　　　SO STIPULATED.

Dated:　29 August 2012　　　　　　　　　　　STERNS & WALKER

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Gerald C. Sterns*
　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Gerald C. Sterns
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　Melanie Edwards

**CODDINGTON, HICKS & DANFORTH**
**A Professional Corp., Lawyers**
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No: CV 11-2963 MMC

Dated: August 29, 2012    CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
    Richard G. Grotch (*)
    Attorney for Defendant
    Comair, Inc.

(*)  I hereby attest that I have on file all Holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that the claims of plaintiff MELANIE EDWARDS be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

Dated: ___August 30___, 2012

_____
Honorable Maxine M. Chesney
United States Senior District Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No: CV 11-2963 MMC