1  Richard G. Grotch, Esq. – SBN 127713
   Gina J. Beltramo, Esq. – SBN 203809
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Telephone: (650) 592-5400
   Facsimile:  (650) 592-5027
5  E-mail:  rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendant
   COMAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MELANIE EDWARDS,<br><br>          Plaintiff,<br><br>vs.<br><br>COMAIR, INC.,<br><br>          Defendant. | Case No.   CV 11-2963 MMC (BZ)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL WITH PREJUDICE<br><br>Honorable Maxine M. Chesney |
|---|---|

    IT IS HEREBY STIPULATED by and between plaintiff MELANIE EDWARDS and defendant COMAIR, INC., through their respective counsel of record, that all the claims of plaintiff be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

    SO STIPULATED.

Dated:  29 August 2012                              STERNS & WALKER

                                                    /s/ *Gerald C. Sterns*
                                                By: _____
                                                    Gerald C. Sterns
                                                    Attorney for Plaintiff
                                                    Melanie Edwards

**CODDINGTON, HICKS**
**& DANFORTH**
**A Professional Corp., Lawyers**
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No: CV 11-2963 MMC

Dated: August 29, 2012                           CODDINGTON, HICKS & DANFORTH

                                                 /s/ *Richard G. Grotch*
                                             By: _____
                                                 Richard G. Grotch (*)
                                                 Attorney for Defendant
                                                 Comair, Inc.

(*)   I hereby attest that I have on file all
      Holographic signatures indicated by a
      "conformed" signature (/s/)
      within this e-filed document.

## [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that the claims of plaintiff MELANIE EDWARDS be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

Dated: ___August 30___, 2012

                                             _____
                                             Honorable Maxine M. Chesney
                                             United States Senior District Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No: CV 11-2963 MMC